UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILLIP RENELLE JARVIS,

                Petitioner,

    v.

STATE OF WASHINGTON,

                Respondent.

CASE NO. C21-5554-JCC-SKV

REPORT AND RECOMMENDATION

On August 2, 2021, Petitioner Phillip Jarvis presented to this Court for filing a document which he identified as a "Motion for Habeas Corpus ad-Subjiciendum." *See* Dkt. 1. Petitioner was at that time confined in the Pierce County Jail in Tacoma, Washington. *See id*. Petitioner asserted in his motion that he was being illegally restrained, and he indicated that his claim of unlawful restraint related to an investigation conducted by the Pierce County Sheriff's Office in October 2018. *See* Dkt. 4. Petitioner went on to detail in his motion his objections to the investigation. *Id*. After reviewing Petitioner's motion, this Court concluded that Petitioner had not identified therein any viable claim upon which relief could be granted in a federal habeas action. Thus, on August 24, 2021, this Court issued an Order directing Petitioner to show cause why this action should not be dismissed. Dkt. 5.

REPORT AND RECOMMENDATION - 1

On August 31, 2021, the copy of the Order to Show Cause mailed to Petitioner at his address of record, the Pierce County Jail, was returned to the Court with a notation indicating that it was undeliverable because Petitioner was no longer at the facility. Dkt. 6. To date, Petitioner has not provided the Court with an updated address. Because over sixty days have passed since mail directed to Petitioner at his address of record was returned by the post office, and because Petitioner has not notified the Court of his current address, this action should be dismissed without prejudice, pursuant to LCR 41(b)(2), for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 24, 2021**.

DATED this 29th day of November, 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2