THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILLIP R. JARVIS,<br><br>            Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>            Respondent. | CASE NO. C21-5554-JCC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, hereby ORDERS:

(1) The Report and Recommendation (Dkt. No. 7) is approved and adopted.

(2) This action is DISMISSED without prejudice, pursuant to Local Civil Rule 41(b)(2), for failure to prosecute.

(3) The Clerk is DIRECTED to send copies of this Order to Petitioner at his last known address and to Judge Vaughan.

DATED this 5th day of January 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C21-5554-JCC
PAGE - 1